AFFIRM; Opinion issued October 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00535-CR

## FRANCISCO ANTONIO ONTIVEROS, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-62236-Q**

## MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy
Opinion By Justice Francis

Francisco Antonio Ontiveros waived a jury and pleaded guilty to aggravated robbery with a deadly weapon, a baseball bat. The trial court assessed punishment for twenty years in prison. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120535F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FRANCISCO ANTONIO ONTIVEROS,
Appellant

No. 05-12-00535-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 204th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-62236-Q).
Opinion delivered by Justice Francis,
Justices Morris and Murphy participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 30, 2012.

_____
MOLLY FRANCIS
JUSTICE